JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

PATRICK JACKSON,

    Petitioner,

v.

WARDEN LINDA McGREW,

    Respondent.

Case No. CV 13-01094 DMG (AN)

JUDGMENT

IT IS HEREBY ADJUDGED AND DECREED THAT the Petition is dismissed for lack of jurisdiction.

Dated: July 31, 2013

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE